UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Winthrop Resources Corporation, a Minnesota corporation, Plaintiff, vs. Rigel Corporation, Rigel of Lincoln, Inc., Chix Realty Company, Amy E. Chisholm, Delea R. Morrissey, Vincent J. Morrissey, John A. Chisholm, Defendants. | File No.: 00-CV-814 (JMR/FLN) **STIPULATION AND ORDER** |

It is hereby stipulated by and between Plaintiff Winthrop Resources Corporation and Defendants Rigel Corporation, Rigel of Lincoln, Inc., Chix Realty Company, Amy E. Chisholm, Delea R. Morrissey, Vincent J. Morrissey, and John A. Chisholm, through their respective counsel, that the Court may order that the time in which to answer or otherwise respond to the Complaint is extended to May 1, 2000.

Dated: April 24, 2000.

WINTHROP & WEINSTINE, P.A.

By ______________________
Therese M. Marso (22408X)
30 East Seventh Street, #3200
St. Paul, MN 55101
(651) 290-8400

ATTORNEYS FOR PLAINTIFF

FILED 4/24/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: April 18, 2000.

MASLON EDELMAN BORMAN & BRAND, LLP

By ______________________
Justin H. Perl (#151397)
3300 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-4140
(612) 672-8200

ATTORNEYS FOR DEFENDANTS

**ORDER**

IT IS SO ORDERED.

Dated: April 24, 2000.

______________________
Franklin L. Noel
Chief Magistrate Judge