UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Winthrop Resources Corporation, a Minnesota corporation, Plaintiff, vs. Rigel Corporation, Rigel of Lincoln, Inc., Chix Realty Company, Amy E. Chisholm, Delea R. Morrissey, Vincent J. Morrissey, John A. Chisholm, Defendants. | Civil No.: 00-814-JMR/FLN<br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT** |

IT IS HEREBY STIPULATED by the parties, through their respective counsel, that Plaintiff Winthrop Resources Corporation may file and serve the Amended Complaint which is attached as Exhibit A.

Dated: July 6, 2000

WINTHROP & WEINSTINE, P.A.

By ______________________
Robert R. Weinstine, #115435
Therese M. Marso, #22408X

3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
(612) 347-0700

Attorneys for Plaintiff Winthrop Resources Corporation

FILED JUL 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

Dated: July 7th, 2000

PARSINEN KAPLAN ROSBERG
& GOTLIEB, P.A.

By: ______________________
David A. Orenstein, #121447
Kevin R. Coan, #29357X

Suite 1100
100 South Fifth Street
Minneapolis, MN 55402
(612) 333-2111

Attorneys for Defendants

IT IS SO ORDERED.

Dated: 7/12, 2000

BY THE COURT:

______________________
Franklin L. Noel
United States Magistrate Judge

STP1: 546070-1