UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **Winthrop Resources Corporation, a Minnesota corporation,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**Rigel Corporation, Rigel of Lincoln, Inc., Chix Realty Company, Amy E. Chisholm, Delea R. Morrissey, Vincent J. Morrissey, John A. Chisholm,**<br><br>**Defendants.** | Court File No. 00-CV-814 (JMR/FLN)<br><br>**STIPULATION AND ORDER** |

Winthrop Resources Corporation ("Winthrop"), Rigel Corporation ("Rigel"), Rigel of Lincoln, Inc. ("Rigel of Lincoln"), Chix Realty Company ("Chix"), (Rigel, Rigel of Lincoln and Chix are hereby known as Lessees") Amy E. Chisholm ("Amy"), Delea R. Morrissey ("Delea"), Vincent J. Morrissey ("Vincent"), John A. Chisholm ("John"), (Lessees, Amy, Delea, Vincent and John are collectively know as "Defendants") hereby stipulate and agree as follows:

1. On or before November 17, 2000, Lessees shall pay to Winthrop the sum of $148,117 representing all rent due and owing through November, 2000 under that certain Lease Agreement dated June 11, 1996 between Winthrop and Lessees (the "Lease"), receipt of which Winthrop hereby acknowledges.

2. On or before December 31, 2000, Lessees shall deliver to Winthrop good and valuable funds in the sum of $144,548.70 (the "Additional Settlement Proceeds") itemized as

JAN 04 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

follows: (a) $54,625 for 95 RapidFire work stations ("Work Stations") at $575 each; (b) $8,000 for 80 printers ("Printers") at $100 each; (c) sales tax on the Work Stations and Printers of $4,283.47; (d) $17,391.59 representing all of Winthrop's attorneys' fees through the date of this Stipulation; (e) $23,304.00 representing all late fees through the date of this Stipulation; (f) $36,554 representing the present value of the final three lease payments due in December 2000, January 2001 and February 2001, and (g) property tax on the Printers and Work Stations of $390.64. Lessee may wire transfer the Additional Settlement Proceeds employing the following wire instructions:

| | |
|---|---|
| **Bank:** | **TCF National Bank** |
| **ABA Number:** | **291070001** |
| **Account Name:** | **Winthrop Resources Corporation** |
| **Account Number:** | **5861359619** |

3. Effective upon receipt of Lessee's payment under the preceding paragraph, Winthrop hereby transfers to Lessees all of Winthrop's right, title and interest in all property leased by Winthrop to Lessees, including but not limited to the Work Stations and the Printers. ALL EQUIPMENT IS SOLD BY WINTHROP TO LESSEE AS-IS, WITH ALL FAULTS AND WHERE-IS. WINTHROP DOES NOT MAKE ANY WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING THE WARRANTY OF MERCHANTABILITY AND OF FITNESS FOR ANY PARTICULAR PURPOSE. LESSEE ACKNOWLEDGES THAT IT IS NOT RELYING ON WINTHROP'S SKILL OR JUDGMENT TO SELECT OR FURNISH GOODS SUITABLE FOR ANY PARTICULAR PURPOSE AND THAT THERE ARE NO WARRANTIES. WINTHROP SHALL NOT BE LIABLE FOR DAMAGES, INCLUDING SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES, ARISING OUT OF OR IN CONNECTION WITH THE PERFORMANCE OF THE EQUIPMENT OR ITS USE BY LESSEE.

4. Effective upon payment of all sums by Lessees listed herein, Winthrop hereby releases, discharges and forever acquits Defendants and each of them and each of their respective

agents, representatives, officers, directors, shareholders, employees, successors, predecessors, affiliates, heirs and assigns (collectively the "Defendant Releasees") of and from any and all manner of actions, causes of action, suits, claims, and demands of every kind, nature and description, at law or in equity, that the Winthrop has, had or may have against the Defendant Releasees up to the time of execution of this Stipulation; including but not limited to all claims arising under the Lease.

5. Defendants hereby release, discharge and forever acquit Winthrop and each of its agents, representatives, officers, directors, shareholders, employees, successors, predecessors, affiliates and assigns (the "Winthrop Releasees") of and from any and all manner of actions, causes of action, suits, claims, and demands of every kind, nature and description, at law or in equity, that the Defendants have, or may have against the Winthrop Releasees up to the time of execution of this Stipulation, including but not limited to any claims arising out of the Lease.

6. Upon making all of the payments and performing all of the obligations provided herein, the parties agree to cause their respective attorneys to file a Stipulation for Dismissal of this action with prejudice.

Dated: December 29, 2000.

PARSINEN KAPLAN ROSBERG & GOTLIEB P.A.

By: [signature]
David A. Orenstein
Attorney I.D. No. 121447
100 South Fifth Street, No. 1100
Minneapolis, Minnesota 55402
(612) 333-2111
Attorneys for Rigel Corporation, Rigel of Lincoln, Inc., Chix Realty Company, Amy E. Chisholm, Delea R. Morrissey, Vincent J. Morrissey and John A. Chisholm

WINTHROP & WEINSTINE, P.A.

By: [signature]
Therese M. Marso
Attorney I.D. No. 22408X
Julie Ann Fishel
Attorney I.D. No. 0286254
3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101
(651) 290-8400
Attorneys for Winthrop Resources Corporation

**ORDER**

**SO ORDERED**

DATED: January 3rd, ~~2000~~ 2001

BY THE COURT

The Honorable James M. Rosenbaum
United State District Court Judge

idmsstp:608884_1